Argued and submitted November 7, affirmed as modified November 26, 1986

In the Matter of the Marriage of

# VAN HALDER,
*Appellant,*
*and*

# VAN HALDER,
*Respondent.*

(85-7014; CA A39037)

728 P2d 583

Lloyd S. Kumley, Salem, argued the cause and filed the brief for appellant.

Rodney Zeeb, Salem, argued the cause for respondent. On the brief were William C. Crothers, Jr., and Crothers, Crandall & Evans, P.C., Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Because the only evidence is that husband's monthly net income did not exceed $823.89 at the time of trial, we modify paragraph 6 of the trial court's "judgment order and decree of dissolution" to read as follows:

"Respondent shall pay petitioner as permanent spousal support, through the bank account set up for that purpose, the sum of $175.00 per month, on the 10th day of each month, beginning on the 10th day of January, 1986."

Affirmed as modified. Costs to wife.